TRINIDAD MORALES V. THE STATE.

No. 10339.   Delivered June 16, 1926.

**Theft—No Statement of Facts—No Bills of Exception.**

This record contains neither a statement of facts nor bills of exception. No fundamental error has been perceived or pointed out, and the judgment is affirmed.

Appeal from the District Court of Bexar County. Tried below before the Hon. W. S. Anderson, Judge.

Appeal from a conviction of theft, penalty two years in the penitentiary.

*A. B. Cowan* of San Antonio, for appellant.

*Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is theft, punishment fixed at confinement in the penitentiary for a period of two years.

The indictment is regular. The record is before us without bills of exceptions or statement of facts. No fundamental error has been perceived or pointed out.

The judgment is affirmed.

*Affirmed.*